AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES FEDERAL COURT

for the

__________ District of __________

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
SEP 09 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: __________ DEPUTY

King Michael Tutankhaman
Grand Royal Prince Michael Dumpledore III
Michael Maxwell Hill

v.

) Case No.
) 2:22-cv-01487-JAD-VCF
)
)
)

John Kerry
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __________ in the county of __________ in the __________ District of __________, the defendant(s) violated:

*Code Section* *Offense Description*

This criminal complaint is based on these facts:

′ Continued on the attached sheet.

__________
*Complainant's signature*

__________ __________

*Printed name and title*

Sworn to before me and signed in my presence.

Date:

*Judge's signature*

City and state:

*Printed name and title*

**ONE CROWN**

**KING Michael Tutankhaman**
**Michael Dumpledore III**
**7580 Las Vegas BLVD S, #530**
**Las Vegas Nevada 89123**
**470.546.4964**
**ktenmiami@outlook.com**

**United States District Court**
**333 Las Vegas**
**Las Vegas, Nevada 89101**

**September 9th, 2022**

*****Confidential*****

____ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 09 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: ______________ DEPUTY

**Case# (AIB actual)**
**(King Tutankhaman v John Kerry)**

This letter to the Judge is to provide a letter about this,

Criminal case (Verify with recall software)

The case 2:22-cv-01219-RFB-EJY above received a civil case dismissal. The criminal case is not a civil case, due to the criminal charges. The case is a criminal case. The same evidence will be used to generate the summons for this criminal case under a new case number, with reference to the old case number.

Rape 18 U.S.C. §2242
Sex Trafficking 18 U.S. Code § 1591
Physical Assault **18 U.S.C. 351 (e)**
Kidnapping 18 U.S.C. § 1201
Retaliation 18 U.S. Code § 1513
Molestation 18 U.S.C. § 2241-2245(A)
Sexual Assault 10 U.S. Code 843 – Art. 43
Obstruction of Justice 18 USC 1501; 18 USC 1502; 18 USC 1506; 18 USC 1507
Torture of a CIA Special Agent 18 U.S. Code § 2340A
Property Theft **18 U.S.C. § 641**
Identity Theft 18 USC 1028
Vehicle Theft **18 U.S.C. § § 2311-2313**
Robbery- (grand larceny) 18 U.S.C. § 2113
Unauthorized device access 18 U.S.C. 1029
Murder 18 U.S. Code § 1113-1114
Genital Mutilation- **18 U.S. Code § 116 (2)**

Thank You